UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BLACK 13 ENTERPRISE, INC., | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 21-10877-GAO |
| | ) | |
| TFL FRANCHISE SYSTEMS, LLC. | ) | |
|     Defendant. | ) | |

**TFL FRANCHISE SYSTEMS, LLC's**
**MOTION TO RE-SET SCHEDULING ORDER DEADLINES**

Defendant TFL Franchise Systems, LLC requests that the Court continue each of the deadlines set forth in the September 8, 2021 Scheduling Order by a period of thirty (30) days with the first deadline for automatic disclosures to be exchanged no later than thirty days following the Court's ruling on TFL's motion to dismiss (Document Number 8.)  TFL requests this relief so that the parties can have the benefit of the Court's ruling on the motion before engaging in discovery.

For this reason, TFL requests that the Court extend the Scheduling Order so that each deadline is adjusted by a period of thirty (30) days, with the first deadline for initial disclosures to be exchanged no later than thirty (30) days after the Court's ruling on the motion.  Plaintiff assents to this motion.

| | |
|---|---|
| BLACK 13 ENTERPRISE, INC., | TFL FRANCHISE SYSTEMS, LLC, |
| By his attorney, | By its attorney, |
| | |
| /s/ *Warren V. Norred (w/ permission)* | /s/ *Christopher A. Callanan* |
| _____ | _____ |
| Warren V. Norred (*Pro Hac Vice*) | Christopher A. Callanan (BBO# 630649) |
| 515 E. Border Street | CALLANAN LAW LLP |
| Arlington, TX  76010 | 177 Huntington Ave, Ste 1703 PMB 70409 |
| (817) 704-3984 | Boston, MA 02115-3153 |
| *wnorred@norredlaw.com* | (617) 330-7575 |
| | *ccallanan@callanan-law.com* |

## CERTIFICATE OF SERVICE

    I certify that I caused a true and accurate copy of the above document to be served on all counsel of record via the ECF system on November 15, 2021.

                                          */s/ Christopher A. Callanan*

                                          _____

                                          Christopher A. Callanan