UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BLACK 13 ENTERPRISE, INC., | ) |
| | ) Case No. 1:21-cv-10877-GAO |
| v. | ) |
| | ) |
| TFL FRANCHISE SYSTEMS LLC, | ) |
| | ) |

TFL FRANCHISE SYSTEMS, LLC'S
SECOND SUPPLEMENTAL MEMBERSHIP DISCLOSURE

Pursuant to the Court's Order dated December 1, 2021, defendant TFL Franchise Systems, LLC hereby discloses that the following individuals constitute the members of the limited liability company: Barry L. McMenimon (Massachusetts resident), Barry P. McMenimon (Massachusetts resident), Brett M. McMenimon (Massachusetts Resident), Franchise Scale, Inc., (California corporation), Dennis Mulganon, President (California resident), and BatchCo Holdings, LLC, Geoff Batchelder, Manager. The members of BatchCo Holdings, LLC are: Geoff Batchelder (California resident) and Jessie K. Batchelder (California resident.)

Respectfully submitted by,
TFL FRANCHISE SYSTEMS, LLC,
By its attorney,

/s/ Christopher A. Callanan
_____
Christopher A. Callanan (BBO# 630649)
CALLANAN LAW LLP
177 Huntington Avenue, Suite 1703 PMB 70409
Boston, MA 02115-3153
(617) 330-7575
ccallanan@callanan-law.com

## CERTIFICATE OF SERVICE

    I certify that I served a copy of the above-document to be served on counsel for plaintiff via the ECF system on December 7, 2021.

                        */s/ Christopher A. Callanan*
                        _____