UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **BLACK 13 ENTERPRISE, INC.** | § | |
| *Plaintiff,* | § | |
| | § | |
| *v.* | § | Case No. 1:21-cv-10877 |
| | § | |
| **TFL FRANCHISE SYSTEMS, LLC,** | § | |
| *Defendant.* | § | |

## PLAINTIFF'S STATUS REPORT

Plaintiff herein provides his status report in accordance with the Court's Amended Scheduling Order (Doc. 42).

The parties have conducted depositions, and discovery is ongoing.

Plaintiff does not intend to seek expert discovery, or intend to file a dispositive motion unless Defendant does.

Plaintiff does not believe that mediation would be fruitful.

Respectfully submitted,

/s/ Warren V. Norred
Warren V. Norred, Texas Bar Number 24045094,
wnorred@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
P. 817-704-3984; F. 817-524-6686

**CERTIFICATE OF SERVICE** I certify that the foregoing was served upon counsel for Defendants via the court's e-file system on May 6, 2024.

*/s/ Warren V. Norred*
Warren V. Norred